## Decisions on Petitions for Writs of Certiorari from December 13, 1904, to February 20, 1905.

No. 454. JAMES L. LOMBARD, PETITIONER, *v.* ANGLO-AMERICAN LAND MORTGAGE AND AGENCY COMPANY (LIMITED); No. 455. B. LOMBARD, JR., PETITIONER, *v.* ANGLO-AMERICAN LAND MORTGAGE AND AGENCY COMPANY (LIMITED); No. 456. CHESHIRE PROVIDENT INSTITUTION, PETITIONER, *v.* FREDERICK HERBERT RAMSDEN; and No. 457. KEENE FIVE CENT SAVINGS BANK, PETITIONER, *v.* FREDERICK HERBERT RAMSDEN. December 19, 1904. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank Hagerman* for petitioners. *Mr. John A. Eaton* for respondents.

---

No. 470. EDWARD E. BESSETTE, PETITIONER, *v.* THE W. B. CONKEY COMPANY. January 3, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William Velpau Rooker* for petitioner. *Mr. Jacob Newman, Mr. S. O. Levinson* and *Mr. B. V. Becker* for respondent.